IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE, E15396, ) | |
| ) | |
| Plaintiff(s), ) | No. C 12-5003 CRB (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL WITH |
| ) | LEAVE TO AMEND |
| A. HEDGPETH, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

       Plaintiff, a prisoner at Salinas Valley State Prison (SVSP), has filed a pro se complaint under 42 U.S.C. § 1983 alleging that prison officials have denied him meaningful access to the courts by denying him access to the law library and to "indigent supplies." Plaintiff since also filed a request for an order to show cause and a letter expanding on his allegations of denial of meaningful access to the courts at SVSP.

       Plaintiff's complaint will be DISMISSED with leave to amend to incorporate all of his allegations of denial of access to the courts into an amended complaint, within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

1  Plaintiff is advised that the amended complaint will supersede the original
2  complaint and all other pleadings.  Claims and defendants not included in the
3  amended complaint will not be considered by the court.  See King v. Atiyeh, 814
4  F.2d 565, 567 (9th Cir. 1987).
5  Plaintiff is further advised that he must link any named defendants to his
6  allegations of wrongdoing.  He must allege specific facts showing how each
7  named defendant actually and proximately caused the deprivation of his federally
8  protected rights of which he complains (i.e., denial of access to the courts).  See
9  Leer v. Murphy, 844 F.2d 628, 633-34 (9th Cir. 1988).

SO ORDERED.

DATED: Feb. 21, 2013

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Lee, G.12-5003.dwlta.wpd

2