IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE, E15396, | ) |
| Plaintiff(s), | ) No. C 12-5003 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL |
| A. HEDGPETH, et al., | ) |
| Defendant(s). | ) |

Per order filed on February 27, 2013, the court dismissed plaintiff's prisoner complaint under 42 U.S.C. § 1983 with leave to amend to incorporate all of his allegations of denial of access to the courts into an amended complaint, within 30 days of this order. The court warned plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action.

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: April 16, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Lee, G.12-5003.dismissal.wpd